| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name** — **ARS Specialty Contractors LLC**

2. **All other names debtor used in the last 8 years** — dba ARS Auto Sales; aka ARS Floor Systems; aka ARS Concrete & Coatings; aka Garren Construction

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 4 6 – 1 3 8 7 5 9 2

4. **Debtor's address**

   **Principal place of business**
   307 Lombrano Street
   Number Street

   San Antonio  TX  78207
   City  State  ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**
   9734 Mid Walk Drive
   Number Street

   P.O. Box

   San Antonio  TX  78230
   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City  State  ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **ARS Specialty Contractors LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**2 3 8 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check all that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **ARS Specialty Contractors LLC**     Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____ Case number _____
  - MM / DD / YYYY
  - District _____ When _____ Case number _____
  - MM / DD / YYYY
  - District _____ When _____ Case number _____
  - MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  - District _____ When _____
  - MM / DD / YYYY
  - Case number, if known _____
  - Debtor _____ Relationship _____
  - District _____ When _____
  - MM / DD / YYYY
  - Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** *(Check all that apply.)*

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number    Street
  _____
  _____    _____  _____
  City        State  ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **ARS Specialty Contractors LLC** _____ Case number (if known) _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☑ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/15/2023**
MM / DD / YYYY

X **/s/ Elizabeth Yetman Chavez** _____
Signature of authorized representative of debtor
**Elizabeth Yetman Chavez**
Printed name
**President**
Title

Debtor **ARS Specialty Contractors LLC**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **18.** Signature of attorney | **X** **/s/ Joyce W. Lindauer** <br> Signature of attorney for debtor | Date | **06/15/2023** <br> MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number     Street

**1412 Main Street, Suite 500**

**Dallas**     **TX**     **75202**
City     State     ZIP Code

**(972) 503-4033**     **joyce@joycelindauer.com**
Contact phone     Email address

**21555700**     **TX**
Bar number     State

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **ARS Specialty Contractors LLC**      CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 6/15/2023      Signature /s/ Elizabeth Yetman Chavez
*Elizabeth Yetman Chavez*
*President*

Date _____      Signature _____

```
Advance Service Group LLC
2-01 5th Avenue
Long Island City, NY 11101


Alamo Concrete Products Company
PO Box 843912
Dallas, TX 75284-3912


American Express
PO Box 96001
Los Angeles, CA 90096-8000


Aquino Construction
Attn: Orlando Aquino
4866 Corian Oak Drive
San Antonio, TX 78219


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796


Bank of The West
1625 W. Fountainhead Parkway
AZ-FTN-10C-A
Tempe, AZ 85282


Campbell's Janitorial Service
2212 Primrose Bldg. G
McAllen, TX 78504


Capital One
PO Box 60519
City of Industry, CA 91716-0519
```

```
Capital Pumping, LP
8217 Shoal Creek Blvd., Suite 201
Austin, TX 78757


Centerline Supply
530 Jesse St.
Grand Praire, TX 75051


Chase Ink
Cardmember Services
PO Box 6294
Carol Stream,IL 60197-6294


Cloudfund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901


CMC Construction
P Box 844573
Dallas, TX 75284-4573


Custom-Crete
PO Box 843466
Dallas, TX 75284-3466


Dependable LLC
PO Box 5938
Cleveland, OH 44101


Dur-A-Flex
PO Box 414220
Boston, MA 02241-4220


Espey Silica Sand Company
27265 US 281
San Antonio, TX 78260
```

```
Evolution Technologies, LLC
8122 Datapoint Drive, Suite 205
San Antonio, TX  78229


Federated Insurance
1141 N. Loop 1604 E
Suite 105-123
San Antonio, TX 78232


Fred Levine
734 Overhill Drive
San Antonio, TX 78228


Frost Bank
PO Box 1600
San Antonio, TX 78296


Great American Insurance Group
2435 N. Central Expressway
Suite 600
Richardson, TX 75080


Gueros Specialist Concrete
Attn: Jesus J. Balderas
1015 W. Mally Blvd.
San Antonio, TX 78221


Gulf Coast Paper Co., Inc.
635 Billy Mitchell Blvd.
Brownsville, TX 78521


Hacker Industries G
1401 Dove Street, Suite 640
Newport Beach, CA 92660


Hilti San Antonio
PO Box 650756
Dalals, TX 75265-0756
```

Humana Health
PO Box 4600
Carol Stream, IL 60197-4600


Ingram Ready Mix
3580 FM 482
New Braunfels, TX 78132


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JMT Trucking
14287 Touchstone Rd., Suite 5
Atascosa, TX 78002


Keene Building Products
PO Box 241353
Mayfield Heights, OH 44124


Leslie M. Luttrell
Luttrell + Carmody Law Group
100 N.E. Loop 410
One International Centre, Suite 615
San Antonio, TX 78216

Makina Trocas LLC
Attn: Armando A. Aragon
PO Box 241865
San Antonio, TX 78224


Martin Marietta
1503 LBJ Freeway, Suite 400
Dallas, TX 75234


Martinez Construction
Attn: Jose Martinez
13871 Ousett Dr.
Von Ormy, TX 78073

Mike F. Pipkin
Weinstein Radclif Pipkin LLP
8350 N. Central Expressway
Suite 1550
Dallas, TX 75206

Payless Business Funding
Attn: Matthew Hancock
301 Fayetteville Street, Suite 2801
Raleigh, NC 27601

Plunkett, Griesenbeck & Mimari
1635 NE Loop 410, Suite 900
San Antonio, TX 78209

Poly-Tuff Systems International
14722 Spring Avenue
Santa Fe Springs, CA 90670

Precision Fund LLC

Rental One R1 Supply
4715 Rittiman Road
San Antonio, TX 78218

Sherwin Williams Commercial
2435 W. Thomas Street
Hammond, LA 70401-2842

Strong Manufacturing G
PO Box 8068
Pine Bluff, AR 71611

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

SunCoast Post Tension
10830 Iota Drive
San Antonio, TX 78217


Sunstate Equipment
PO Box 208439
Dallas, TX 75320-8439


Targeted Lending Co., LLC
5500 Main Street, Suite 300
Williamsville, NY 14221


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Cutting and Coring
7705 FM 482
New Braunfels, TX 78132


Texas Hill Country Mobile Mixers, LLC
43000 IH 10 West
Boerne, TX 78006


Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0091


United States Attorney
Civil Process Clerk
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

United States Trustee
PO Box 1539
San Antonio, TX 78295


Uprite Capital, LLC
PO Box 57806
Webster, TX 77598


Vestal Steel Specialties
17993 Red Iron
Schertz, TX 78154


Vulcan Materials Company
PO Box 849131
Dallas, TX 75284-9131


Weitz Morgan
100 Congress Avenue, Suite 2000
Austin, TX 78701


White Cap, L.P.
PO Box 4944
Orlando, FL 32802


Wholesale Gutter
8129 Jackrabbit Road
Houston, TX 77095


Worldwide Pest Control
PO Box 5746
San Antonio, TX 78201