| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **ARS Specialty Contractors LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alamo Concrete Products Company PO Box 843912 Dallas, TX 75284-3912 | | Business Debt | | | | $779,065.00 |
| 2 | Dependable LLC PO Box 5938 Cleveland, OH 44101 | | Business Debt | | | | $317,413.10 |
| 3 | Cloudfund LLC 400 Rella Blvd., Suite 165-101 Suffern, NY 10901 | | Business Debt | | | | $300,000.00 |
| 4 | American Express PO Box 96001 Los Angeles, CA 90096-8000 | | Credit Card | | | | $260,390.29 |
| 5 | Precision Fund LLC | | Business Debt | | | | $250,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor   **ARS Specialty Contractors LLC**   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Keene Building Products<br>PO Box 241353<br>Mayfield Heights, OH 44124 | | Business Debt | | | | $241,227.95 |
| 7 | SunCoast Post Tension<br>10830 Iota Drive<br>San Antonio, TX 78217 | | Business Debt | | | | $141,327.80 |
| 8 | Aquino Construction<br>Attn: Orlando Aquino<br>4866 Corian Oak Drive<br>San Antonio, TX 78219 | | Business Debt | | | | $141,161.44 |
| 9 | Makina Trocas LLC<br>Attn: Armando A. Aragon<br>PO Box 241865<br>San Antonio, TX 78224 | | Business Debt | | | | $131,760.50 |
| 10 | Custom-Crete<br>PO Box 843466<br>Dallas, TX 75284-3466 | | Business Debt | | | | $106,790.50 |
| 11 | White Cap, L.P.<br>PO Box 4944<br>Orlando, FL 32802 | | Business Debt | | | | $100,737.38 |
| 12 | Sunstate Equipment<br>PO Box 208439<br>Dallas, TX 75320-8439 | | Business Debt | | | | $90,209.84 |
| 13 | Ingram Ready Mix<br>3580 FM 482<br>New Braunfels, TX 78132 | | Business Debt | | | | $72,162.00 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Debtor    **ARS Specialty Contractors LLC**    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 CMC Construction<br>P Box 844573<br>Dallas, TX 75284-4573 | | Business Debt | | | | $64,237.38 |
| 15 Hacker Industries G<br>1401 Dove Street, Suite 640<br>Newport Beach, CA 92660 | | Business Debt | | | | $55,696.00 |
| 16 Chase Ink<br>Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | | Credit Card | | | | $45,769.48 |
| 17 Texas Hill Country Mobile Mixers, LLC<br>43000 IH 10 West<br>Boerne, TX 78006 | | Business Debt | | | | $39,905.24 |
| 18 Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0519 | | Credit Card | | | | $35,060.80 |
| 19 Federated Insurance<br>1141 N. Loop 1604 E<br>Suite 105-123<br>San Antonio, TX 78232 | | Business Debt | | | | $30,687.14 |
| 20 Rental One R1 Supply<br>4715 Rittiman Road<br>San Antonio, TX 78218 | | Business Debt | | | | $17,373.80 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3